**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SECURITIES AND EXCHANGE
COMMISSION,

                              **Plaintiff,**

    v.

TRENDS INVESTMENTS, INC.,
BRANDON ROSSETTI, CLINTON
GREYLING, LESLIE GREYLING,
ROGER BENDELAC, and THOMAS
CAPELLINI

                              **Defendants.**

Civil Action No. 22-CV-10889-
RGS

**JURY TRIAL DEMANDED**

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS TO**
**DEFENDANT LESLIE GREYLING**

Pursuant to Fed. R. Civ. P. 55, plaintiff Securities and Exchange Commission ("the

Commission") hereby moves for entry of default as to defendant Leslie Greyling.

Leslie Greyling resides in the United Kingdom. He was validly served by mail at his

residential address in the United Kingdom on November 1, 2022, under the Hague Convention

on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

(See Dkt. No. 81 (Executed Proof of Service).)

Accordingly, Leslie Greyling's Answer to the Complaint was due by November 22,

2022, which was the date 21 days after he was served with the summons and complaint.  See

Fed. R. Civ. P. 12(a)(1)(i).  Leslie Greyling has not filed an answer or a notice of appearance,

and no counsel has appeared on Leslie Greyling's behalf or contacted the undersigned on Leslie

Greyling's behalf.

The Commission requests that a default be entered by the clerk as to Leslie Greyling.

Upon the clerk's entry of default, the Commission will move the Court for a default judgment

against him pursuant to Fed. R. Civ. P. 55(b)(2).

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ David M. Scheffler
David M. Scheffler (Mass. Bar. No. 670324)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8810
Dated: March 9, 2023                    schefflerd@sec.gov

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

The undersigned was unable to confer directly with defendant Leslie Greyling because he resides in the United Kingdom and I have been unsuccessful in contacting him other than by service of process through the Hague Convention.

/s/ David M. Scheffler
David M. Scheffler

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

/s/ David M. Scheffler
David M. Scheffler