UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　　Plaintiff,<br>　v.<br>TRENDS INVESTMENTS, INC., BRANDON ROSSETTI, CLINTON GREYLING, LESLIE GREYLING, ROGER BENDELAC, and THOMAS CAPELLINI<br>　　　　　　　　　Defendants. | Civil Action No. 22-CV-10889-RGS<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT TRENDS INVESTMENTS, INC.**

Pursuant to Fed. R. Civ. P. 55, plaintiff Securities and Exchange Commission ("the Commission") hereby moves for entry of default as to defendant Trends Investments, Inc. ("Trends").

On July 11, 2022, the SEC requested that Trends waive service of the summons and complaint. (*See* Dkt. No. 8 (Waiver of Service).) On July 15, 2022, co-defendant Clinton Greyling executed a waiver of service on behalf Trends in his capacity as an officer and director of Trends. (*See id.*) Accordingly, Trends' answer to the complaint was due by September 9, 2022. *See* Fed. R. Civ. P. 12(a)(1)(ii). Trends has not filed an answer or a notice of appearance, and no counsel has appeared on Trends behalf or contacted the undersigned on Trends' behalf.

The Commission requests that a default be entered by the clerk as to Trends. Upon the clerk's entry of default, the Commission will move the Court for a default judgment against it pursuant to Fed. R. Civ. P. 55(b)(2).

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ David M. Scheffler
David M. Scheffler (Mass. Bar. No. 670324)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8810
schefflerd@sec.gov

Dated: March 9, 2023

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned was unable to confer directly with defendant Trends Investment Corp. because it is not represented by counsel and no individual has been authorized to represent it in this matter.

/s/ David M. Scheffler
David M. Scheffler

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case. As to Trends Investment Inc., it is an unrepresented corporation. Defendant Clinton Greyling's counsel is registered to receive electronic notice of the Commission's motion for an entry of default against Trends Investment Corp.

/s/ David M. Scheffler
David M. Scheffler