UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　　　Plaintiff,<br>　v.<br>TRENDS INVESTMENTS INC., BRANDON ROSSETTI, CLINTON GREYLING, LESLIE GREYLING, ROGER BENDELAC, and THOMAS CAPELLINI<br>　　　　　　　　　　Defendants. | Civil Action No. 1:22-CV-10889-RGS |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT LESLIE GREYLING

Pursuant to Fed. R. Civ. P. 55(b)(2), plaintiff Securities and Exchange Commission ("the Commission") hereby moves for entry of default judgment as to defendant Leslie Greyling. In support of this motion, the Commission submits the accompanying memorandum of law and the Declaration of Ryan Murphy. Also filed herewith is a proposed form of Final Judgment as to Leslie Greyling.

WHEREFORE, the Commission respectfully requests that the Court enter the proposed Final Judgment against Leslie Greyling.

Dated: April 10, 2023

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

//s/ J. Lauchlan Wash
J. Lauchlan Wash (Mass. Bar No. 629092)
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-8996 (Wash direct)
washj@sec.gov

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned was unable to confer directly with defendant Leslie Greyling because he resides in the United Kingdom and I have been unsuccessful in contacting him other than by service of process through the Hague Convention.

/s/ J. Lauchlan Wash

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case. A true and correct copy of the foregoing document was sent to Leslie Greyling by email and delivery service.

/s/ J. Lauchlan Wash
J. Lauchlan Wash