

# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$585,000.01** |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $5,769.86 | $590,769.87 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $7,364.39 | $598,134.26 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $7,538.13 | $605,672.39 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $7,633.13 | $613,305.52 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $9,073.56 | $622,379.08 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $9,310.11 | $631,689.19 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $7,961.01 | $639,650.20 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $8,061.34 | $647,711.54 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $8,052.15 | $655,763.69 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $8,152.25 | $663,915.94 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $5,006.58 | $668,922.52 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $5,044.33 | $673,966.85 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $4,985.51 | $678,952.36 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $5,078.19 | $684,030.55 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $5,172.40 | $689,202.95 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $5,211.51 | $694,414.46 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $5,136.76 | $699,551.22 |
| 04/01/2022-06/30/2022 | 4.00% | 1% | $6,976.35 | $706,527.57 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $8,904.18 | $715,431.75 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $10,819.68 | $726,251.43 |
| 01/01/2023-02/28/2023 | 7.00% | 1.13% | $8,217.58 | $734,469.01 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 01/01/2018-02/28/2023 | | | $149,469.00 | $734,469.01 |



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$832,657.85** |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $12,318.77 | $844,976.62 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $12,639.92 | $857,616.54 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $10,808.32 | $868,424.86 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $10,944.53 | $879,369.39 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $10,932.05 | $890,301.44 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $11,067.96 | $901,369.40 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $6,797.21 | $908,166.61 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $6,848.47 | $915,015.08 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $6,768.60 | $921,783.68 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $6,894.44 | $928,678.12 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $7,022.33 | $935,700.45 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $7,075.43 | $942,775.88 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $6,973.96 | $949,749.84 |
| 04/01/2022-06/30/2022 | 4.00% | 1% | $9,471.48 | $959,221.32 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $12,088.82 | $971,310.14 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $14,689.40 | $985,999.54 |
| 01/01/2023-02/28/2023 | 7.00% | 1.13% | $11,156.65 | $997,156.19 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| 01/01/2019-02/28/2023 | | | $164,498.34 | $997,156.19 |



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$357,089.45** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $4,439.23 | $361,528.68 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $4,494.41 | $366,023.09 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $2,760.17 | $368,783.26 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $2,780.99 | $371,564.25 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $2,748.56 | $374,312.81 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $2,799.65 | $377,112.46 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $2,851.59 | $379,964.05 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $2,873.15 | $382,837.20 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $2,831.95 | $385,669.15 |
| 04/01/2022-06/30/2022 | 4.00% | 1% | $3,846.13 | $389,515.28 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $4,908.96 | $394,424.24 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $5,964.99 | $400,389.23 |
| 01/01/2023-02/28/2023 | 7.00% | 1.13% | $4,530.43 | $404,919.66 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **01/01/2020-02/28/2023** | | | **$47,830.21** | **$404,919.66** |



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$332,500.00** |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $3,279.45 | $335,779.45 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $4,185.74 | $339,965.19 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $4,284.49 | $344,249.68 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $4,338.49 | $348,588.17 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $5,157.19 | $353,745.36 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $5,291.64 | $359,037.00 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $4,524.85 | $363,561.85 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $4,581.88 | $368,143.73 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $4,576.65 | $372,720.38 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $4,633.55 | $377,353.93 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $2,845.62 | $380,199.55 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $2,867.08 | $383,066.63 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $2,833.64 | $385,900.27 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $2,886.32 | $388,786.59 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $2,939.87 | $391,726.46 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $2,962.10 | $394,688.56 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $2,919.61 | $397,608.17 |
| 04/01/2022-06/30/2022 | 4.00% | 1% | $3,965.19 | $401,573.36 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $5,060.92 | $406,634.28 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $6,149.65 | $412,783.93 |
| 01/01/2023-02/28/2023 | 7.00% | 1.13% | $4,670.68 | $417,454.61 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 01/01/2018-02/28/2023 | | | $84,954.61 | $417,454.61 |



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$399,350.00** |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $5,908.19 | $405,258.19 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $6,062.22 | $411,320.41 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $5,183.76 | $416,504.17 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $5,249.09 | $421,753.26 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $5,243.11 | $426,996.37 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $5,308.29 | $432,304.66 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $3,260.00 | $435,564.66 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $3,284.59 | $438,849.25 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $3,246.28 | $442,095.53 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $3,306.63 | $445,402.16 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $3,367.97 | $448,770.13 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $3,393.44 | $452,163.57 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $3,344.77 | $455,508.34 |
| 04/01/2022-06/30/2022 | 4.00% | 1% | $4,542.60 | $460,050.94 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $5,797.90 | $465,848.84 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $7,045.17 | $472,894.01 |
| 01/01/2023-02/28/2023 | 7.00% | 1.13% | $5,350.83 | $478,244.84 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **01/01/2019-02/28/2023** | | | **$78,894.84** | **$478,244.84** |



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$65,900.00** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $819.25 | $66,719.25 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $829.43 | $67,548.68 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $509.38 | $68,058.06 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $513.22 | $68,571.28 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $507.24 | $69,078.52 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $516.67 | $69,595.19 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $526.25 | $70,121.44 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $530.23 | $70,651.67 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $522.63 | $71,174.30 |
| 04/01/2022-06/30/2022 | 4.00% | 1% | $709.79 | $71,884.09 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $905.94 | $72,790.03 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $1,100.82 | $73,890.85 |
| 01/01/2023-02/28/2023 | 7.00% | 1.13% | $836.08 | $74,726.93 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| 01/01/2020-02/28/2023 | | | $8,826.93 | $74,726.93 |