UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>TRENDS INVESTMENTS INC., BRANDON ROSSETTI, CLINTON GREYLING, LESLIE GREYLING, ROGER BENDELAC, and THOMAS CAPELLINI<br>Defendants. | Civil Action No. 1:22-CV-10889-RGS |

## JUDGMENT

The Court having entered its Findings of Fact, Conclusions of Law, and Order After a Bench Trial on January 24, 2025, with respect to Roger Bendelac and Thomas Capellini;

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure;

**IT IS ORDERED** that judgment is hereby entered in favor of Defendants Roger Bendelac on the Third, Fourth Fifth, and Seventh Claims for Relief; and Thomas Capellini on the Eighth Claim for Relief.

Dated: February 6, 2025.

/s/ Richard G. Stearns
RICHARD G. STEARNS
United States District Judge